# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MICHAEL L. MYLES,  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>STATE FARM INS. and JERRY LARROQUETTE, )<br>        Defendants.  ) | No. 3:16-CV-3544-G |

## ORDER

On August 2, 2017, the Court entered Findings, Conclusions, and a Recommendation ("FCR") that this case be dismissed because Plaintiff failed to timely serve the Defendants. (ECF No. 8.) On August 15, 2017, Plaintiff filed objects to the FCR and a motion for extension of time to serve Defendants. (ECF No. 10.) Plaintiff is hereby GRANTED 60 days from the date of this order to serve Defendants. The Court also hereby VACATES its August 2, 2017, Findings, Conclusions, and Recommendation.

Plaintiff also filed a motion to proceed on affidavits. (ECF No. 9.) Defendants have not yet been served with the complaint. Plaintiff's motion is therefore DENIED without prejudice as premature.

The Office of the Clerk is directed to send Plaintiff a copy of his original complaint.

IT IS SO ORDERED.

Signed this 24th day of August, 2017.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE